IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:15-cv-667 (CRC) |
| v. | ) ) ) | |
| UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) | |

**JOINT PROPOSED SCHEDULE**

Pursuant to the Court's Order of June 29, 2015, the parties have conferred and hereby jointly submit the following proposed schedule:

Defendant shall produce to Plaintiff any non-exempt records responsive to Plaintiff's FOIA request, by U.S. mail, on or before August 27, 2015. The parties shall then confer and submit a joint status report on or before October 1, 2015, indicating whether they anticipate the need for further proceedings in this case and, if appropriate, proposing a briefing schedule at that time.

July 15, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
VINCENT H. COHEN, JR.
Acting United States Attorney
MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer

KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC   20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*


Marc Rotenberg, D.C. Bar # 422825
EPIC President

 */s/ Julia Horwitz*
Julia Horwitz, D.C. Bar # 1018561
Alan Butler, D.C. Bar # 1012128
ELECTRONIC PRIVACY
INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)