IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) |
| Plaintiff, | ) )  Civil Action No. 1:15-cv-667 (CRC) |
| v. | ) ) ) |
| UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, | ) ) ) ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Plaintiff Electronic Privacy Information Center ("Plaintiff" or "EPIC") and Defendant Drug Enforcement Administration ("Defendant" or "the DEA") (collectively, "the Parties"), by and through undersigned counsel, and pursuant to the Court's Minute Order of July 20, 2015, hereby respectfully file this Joint Status Report:

1. In accord with the previously-proposed schedule which the Court adopted in its Minute Order, Defendant produced non-exempt records to Plaintiff on August 27, 2015.

2. EPIC has reviewed the production and has requested that certain supplemental searches be conducted. Defendant has not yet had the opportunity to determine whether such supplemental searches would be warranted.

3. Accordingly, the Parties propose that the deadline to indicate whether further proceedings are necessary be extended until October 22, 2015, and that the Parties submit an additional Joint Status Report on or before that date, and, if appropriate, propose a briefing schedule at that time.

| | |
|---|---|
| October 1, 2015 | Respectfully submitted,<br><br>BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br>VINCENT H. COHEN, JR.<br>Acting United States Attorney<br>MARCIA BERMAN<br>Assistant Director, Federal Programs Branch<br><br>/s/ Kathryn L. Wyer<br>KATHRYN L. WYER<br>U.S. Department of Justice, Civil Division<br>20 Massachusetts Avenue, N.W.<br>Washington, DC   20530<br>Tel. (202) 616-8475 / Fax (202) 616-8470<br>kathryn.wyer@usdoj.gov<br>*Attorneys for Defendant*<br><br><br>MARC ROTENBERG, D.C. BAR # 422825<br>EPIC President<br><br>ALAN BUTLER, D.C. BAR # 1012128<br>EPIC Senior Counsel<br><br>   /s/   Jeramie D. Scott<br>JERAMIE D. SCOTT, D.C. BAR # 1025909<br>Electronic Privacy Information Center<br>1718 Connecticut Ave. NW, Suite 200<br>Washington, DC 20009<br>(202) 483-1140<br>jscott@epic.org<br><br>*Counsel for Plaintiff* |