IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:15-cv-667 (CRC) |
| v. | ) ) | |
| UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

Plaintiff Electronic Privacy Information Center ("Plaintiff" or "EPIC") and Defendant

Drug Enforcement Administration ("Defendant" or "the DEA") (collectively, "the Parties"), by

and through undersigned counsel, and pursuant to the Court's Minute Order of October 1, 2015,

hereby respectfully file this Joint Status Report and Proposed Schedule:

1. Plaintiff previously agreed that the FOIA request at issue in this case sought only final

   versions of the documents that the request identified (as described in Plaintiff's

   Complaint ¶ 39) and further agreed to accept final determination letters issued by the U.S.

   Department of Justice Office of Privacy and Civil Liberties in lieu of the documents

   identified in Part 2 of its FOIA request (Compl. ¶ 39 #2). After receiving DEA's

   response, Plaintiff requested a supplemental search for the documents identified in Part 1

   of its FOIA request (Compl. ¶ 39 #1).  Defendant completed a supplemental search for

   such documents. No additional responsive documents were found.

2. Based on the review of the material previously produced to EPIC and information

   currently available, Plaintiff plans to challenge the sufficiency of Defendant's search for

responsive records.

3. The Parties jointly suggest the following schedule for further proceedings in this action:

- Defendant will file its Motion for Summary Judgment on or before December 22, 2015

- Plaintiff will file its consolidated Opposition and Cross-Motion for Summary Judgment on or before January 22, 2016

- Defendant will file its consolidated Opposition and Reply on or before February 5, 2016

- Plaintiff will file its Reply on or before February 19, 2016

Dated October 22, 2015

Respectfully Submitted,

MARC ROTENBERG, D.C. BAR # 422825
EPIC President

ALAN BUTLER, D.C. BAR # 1012128
EPIC Senior Counsel

 /s/ Jeramie D. Scott
JERAMIE D. SCOTT, D.C. BAR # 1025909
Electronic Privacy Information Center
1718 Connecticut Ave. NW, Suite 200
Washington, DC 20009
(202) 483-1140
jscott@epic.org

Counsel for Plaintiff

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
CHANNING D. PHILLIPS
United States Attorney
MARCIA BERMAN
Assistant Director, Federal Programs Branch

 /s/ Kathryn L. Wyer
KATHRYN L. WYER

U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov

*Attorneys for Defendant*