UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,<br><br>        Defendant. | Case No. 15-cv-00667 (CRC) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [17] Defendant's Motion for Summary Judgment shall be **GRANTED IN PART** and **DENIED IN PART** without prejudice.  Summary judgment is granted to Defendant as to the adequacy of its initial search for responsive records to Part 1 of Plaintiff's FOIA request and its search for responsive records to Part 2 of the request.  Summary judgment is denied without prejudice as to the adequacy of Defendant's supplemental search for responsive records to Part 1 of the request.  It is further

**ORDERED** that [18] Plaintiff's Cross-Motion for Summary Judgment shall be **DENIED IN PART** and **RESERVED FOR JUDGMENT IN PART**.  Summary judgment is denied to Plaintiff as to the adequacy of Defendant's initial search for responsive records to Part 1 of Plaintiff's FOIA request and Defendant's search for responsive records to Part 2 of the request.  Judgment is reserved in part as to the adequacy of Defendant's supplemental search for responsive records to Part 1 of the request.  It is further

**ORDERED** that the Defendant, by October 13, 2016, shall supplement the record by documenting its additional search consistent with the accompanying opinion or by explaining

further, in a declaration, why such a search would not be likely to uncover the remaining records at issue. The parties may renew their summary judgment motions as necessary within 14 days thereafter.

       **SO ORDERED.**

                                                        CHRISTOPHER R. COOPER
                                                      United States District Judge

Date: September 13, 2016