IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:15-cv-667 (CRC) |
| v. | ) ) | |
| UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, | ) ) ) | |
| Defendant. | ) ) | |

## MOTION TO VACATE BRIEFING SCHEDULE

Plaintiff Electronic Privacy Information Center ("EPIC") hereby requests the Court vacate the current briefing schedule for renewed summary judgment motions.

After reviewing the Defendant's Renewed Motion for Summary Judgment, EPIC has determined that there remains no outstanding issue with respect to the sufficiency of the agency's search. The only remaining issue in dispute is EPIC's claim for attorney's fees and costs in this matter. Accordingly, EPIC respectfully requests that the Court vacate the current briefing schedule and adopt the following schedule:

- The parties request 30 days to obtain a settlement solely on the fees and costs issue.

- Accordingly, the parties will notify the Court if they reach a settlement prior to December 9, 2016. Otherwise, the parties shall file a Joint Status report with the Court regarding the status of the negotiations and whether further briefing is necessary.

EPIC has contacted counsel for Defendant about whether they will oppose this motion. Opposing counsel has indicated that given Plaintiff's proposed motion, the Court should now enter final judgment in Defendant's favor.

Dated: November 9, 2016                    Respectfully Submitted,

                                           MARC ROTENBERG, D.C. BAR # 422825
                                           EPIC President

                                           ALAN BUTLER, D.C. BAR # 1012128
                                           EPIC Senior Counsel

                                           ___/s/ Jeramie D. Scott_____
                                           JERAMIE D. SCOTT, D.C. BAR # 1025909
                                           Electronic Privacy Information Center
                                           1718 Connecticut Ave. NW, Suite 200
                                           Washington, DC 20009
                                           (202) 483-1140
                                           jscott@epic.org

                                           *Counsel for Plaintiff*