UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY
INFORMATION CENTER,

        Plaintiff,

v.

UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION,

        Defendant.

Case No. 15-cv-00667 (CRC)

### ORDER

It is hereby

**ORDERED** that [27] Defendant's Second Motion for Summary Judgment shall be **GRANTED**.  Summary judgment is granted to Defendant as to the adequacy of its search for responsive records to Part 1 of Plaintiff's FOIA request.  It is further

**ORDERED** that [28] Plaintiff's Motion to Vacate Briefing Schedule shall be **GRANTED**.  It is further

**ORDERED** that the parties shall file a Joint Status Report by December 9, 2016 updating the court on discussions regarding attorney's fees and costs.

**SO ORDERED.**

                                              CHRISTOPHER R. COOPER
                                              United States District Judge

Date:  November 10, 2016