IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,<br><br>  Defendant. | Civil Action No. 1:15-cv-667 (CRC) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

Pursuant to the Court's Order of November 10, 2016, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant Drug Enforcement Administration ("DEA"), (collectively, "the Parties") hereby file this joint status report.

1. The Parties have failed to reach an agreement with respect to attorneys' fees.

2. Accordingly, the Parties propose the following schedule for the filing of motions to resolve the fee matter.

    - Plaintiff will file its Motion for Attorney's Fees on or before December 16, 2016
    - Defendant will file its Opposition on or before January 13, 2017
    - Plaintiff will file its Reply on or before January 27, 2017

1

| | |
|---|---|
| December 9, 2016 | MARC ROTENBERG, D.C. BAR # 422825<br>EPIC President<br><br>ALAN BUTLER, D.C. BAR # 1012128<br>EPIC Senior Counsel<br><br>  /s/ Jeramie D. Scott  <br>JERAMIE D. SCOTT, D.C. BAR # 1025909<br>Electronic Privacy Information Center  1718 Connecticut Ave. NW, Suite 200 Washington, DC 20009<br>(202) 483-1140 jscott@epic.org<br><br>*Counsel for Plaintiff*<br><br><br>BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br>CHANNING D. PHILLIPS<br>United States Attorney<br>MARCIA BERMAN<br>Assistant Director, Federal Programs Branch<br><br>  /s/ Kathryn L. Wyer  <br>KATHRYN L. WYER<br>U.S. Department of Justice, Civil Division<br>20 Massachusetts Avenue, N.W.<br>Washington, DC   20530<br>Tel. (202) 616-8475 / Fax (202) 616-8470<br>kathryn.wyer@usdoj.gov<br><br>*Attorneys for Defendant* |